IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-23-00530 |
| CATHERINE A. HENDRICKSON | : | |
| a/k/a Catherine Ann Hendrickson | : | |
| a/k/a Catherine Hendrickson | : | |
| Debtors. | : | CHAPTER 13 |

****************************************************************************

| | | |
|---|---|---|
| CATHERINE A. HENDRICKSON | : | |
| a/k/a Catherine Ann Hendrickson | : | |
| a/k/a Catherine Hendrickson | : | |
| Movant, | : | |
| vs. | : | |
| MR. COOPER, PHFA, and | : | |
| SANTANDER CONSUMER USA | : | |
| Respondents | : | |

****************************************************************************

## AMENDED CERTIFICATE OF SERVICE

****************************************************************************

I, Tullio DeLuca, Esquire, hereby certify that I served a true and correct copy of Debtor's Motion to Extend Automatic Stay, Proposed Order, and Notice, in the above-referenced case, on the following via the date and manner indicated:

| | |
|---|---|
| Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>jzaharopoulos@pamd13trustee.com | Samir Vaghela, Bankruptcy Specialist<br>Capital One N.A.<br>POC_AIS@aisinfo.com |
| Nationstar Mortgage, LLC<br>c/o Lorraine Gazzara Doyle, Esq.<br>Ldoyle@logs.com | Pennsylvania Housing Finance<br>c/o Leon P. Haller, Esq<br>Via Fax: 717-233-1149 |
| CreditOne<br>c/o LVNV Funding<br>Korinny Sanchez<br>askbk@resurgent.com | Daniel Neil, CEO<br>First National Bank of Omaha<br>Collecadminbankruptcy@fnni.com |
| Dr. Jaewon Ryu<br>Geisinger Health System<br>Via Fax: 570-214-5741 | Tom Kingsbury, CEO<br>Kohl's<br>Via Fax: 262-703-6356 |
| Korinny Sanchez, Claims Processor<br>LVNV Funding<br>askbk@resurgent.com | Jay Bray, CEO<br>Mr. Cooper<br>Via Fax: 972-459-1611 |

Robin Wiessmann, CEO
PHFA
alsv@phfa.org

Kristina Carbonneau, CEO
Santander Consumer USA
Via Fax 972-999-8206

Richard D. Fairbank, CEO
Capital One N.A.
Via Fax 1-888-203-2114

RAS Crane & Partners, PLLC
David J. Schneid, Esq., Managing partner
Via Fax: 866-381-9549

D. Troy Sellars
Assistant United States Trustee
D.Troy.Sellars@usdoj.gov

Date: April 06, 2023

Respectfully submitted,
  LAW OFFICE OF TULLIO DELUCA, ESQ.

 /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
Attorney for Debtor/Movant
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764